**Order entered April 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00894-CV

**ERIC DRAKE, Appellant**

**V.**

**KRISTINA KASTL, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-09-01374-E**

## ORDER

We **GRANT** appellant's April 14, 2014 motion requesting the Court to order the release of sealed documents. We **ORDER** John Warren, Dallas County Clerk, to file, **on or before MAY 9, 2014**, a sealed supplemental clerk's record containing Exhibits A-1 and A-2 that were filed under seal as attachments to the defendants' January 18, 2012 motion for summary judgment on their breach of contract counterclaim.

We **GRANT** appellant's April 21, 2014 motion for an extension of time to file a brief. Appellant shall file his brief on or before **June 2, 2014**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to John Warren and all parties.

/s/    ADA BROWN
        JUSTICE